FILED
01/10/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: SEARCH WARRANT ) ) ) ) ) ) ) ) ) ) | CAUSE NO.  1:22-mj-0017, 1:22-mj-0018, 1:22-mj-0019, 1:22-mj-0020, 1:22-mj-0021 |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Adam Eakman, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:      /s/ Adam Eakman
         Adam Eakman
         Assistant United States Attorney